IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN MCDONALD, individually
and on behalf of all others
similarly situated,

Plaintiff,

v.

FIRST COMMUNITY
MORTGAGE, INC.,

Defendant.                                                                  No. 07-0658-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Defendant's request for extension of time (Doc. 7). Said motion is **GRANTED**. The Court **ALLOWS** Defendant up to and including December 19, 2007 to file a response.

**IT IS SO ORDERED.**

Signed this 13th day of November, 2007.

/s/      DavidRHerndon
**Chief Judge**
**United States District Court**