UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN McDONALD, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMUNITY FIRST MORTGAGE, INC., )<br>)<br>Defendant. ) | Case No. 3:07-CV-000658-DRH |

### ORDER

Upon consideration of the parties' Joint Stipulation of Dismissal, it is hereby ordered that plaintiff's claims against defendant Community First Mortgage, are dismissed with prejudice. Each party to bear their own costs. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED**.

Signed this 11th day of December, 2007.

/s/   David R Herndon

**Chief Judge**
**United States District Court**