# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHN McDONALD, individually and
on behalf of all others similarly situated,**

    **Plaintiff,**

    **vs.**                                                         Cause No. 07-CV-658 DRH

**COMMUNITY FIRST MORTGAGE,
INC.,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.----------------------------------------------------------------------------

                                                                     **NORBERT G. JAWORSKI, CLERK**

December 12, 2007                                       By:   s/Patricia Brown
                                                                        Deputy Clerk

APPROVED: /s/    *David R Herndon*
                      **CHIEF JUDGE
                      U.S. DISTRICT COURT**